Cite as 2022 Ark. 94

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE SUSPENSION OF ATTORNEYS WHO FAILED TO PAY 2022 ANNUAL ATTORNEY-LICENSE FEE | **Opinion Delivered** April 21, 2022 |

## PER CURIAM

The final deadline for attorneys to pay the 2022 annual attorney-license fee was April 15, 2022. As required by Rule VII(C)(9) of the Rules Governing Admission to the Bar, attached to this per curiam is a list of those who failed to pay the annual license fee by the final deadline. The list is divided into three categories. Category 1 consists of those attorneys who were automatically suspended on April 16, 2022, by operation of Rules VII(C)(1) & (8) for failure to pay the annual fee and who remain suspended as of the issuance of this per curiam. Category 2 consists of those attorneys who were automatically suspended on April 16, 2022, for failure to pay the fee but who have since become current and were reinstated to their pre-suspension statuses. Category 3 consists of those former attorneys who have remained suspended for more than three years for failure to pay annual license fees and whose licenses were deemed surrendered as of April 16, 2022, per Rule VII(C)(17). The attorneys listed in Categories 1 and 3 shall not practice law in this state unless reinstated.

# Category 1

## Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 2017136**

Leslie Brett Abernathy, II
McGehee, AR

**Bar Number: 82010**

David Lawrence Barry
Jenks, OK

**Bar Number: 82023**

Charles Phillip Boyd, Jr.
Little Rock, AR

**Bar Number: 91211**

Erin Beth Ahearn
Plano, TX

**Bar Number: 82013**

Benjamin Alson Beland, II
Fort Smith, AR

**Bar Number: 82022**

Mary D. Carpenter Boyd
Fayetteville, AR

**Bar Number: 2010077**

Leah V. Ammons Daley
Tulsa, OK

**Bar Number: 2007075**

Kedron J. Benham
Springdale, AR

**Bar Number: 86025**

Jeffrey Todd Branch
Paragould, AR

**Bar Number: 2014090**

Hailee M. Golden Amox
Texarkana, TX

**Bar Number: 86182**

B. Michael Bennett
Eureka Springs, AR

**Bar Number: 96062**

Alison Offutt Bratton
Little Rock, AR

**Bar Number: 97187**

George Antonio Anaya
Athens, OH

**Bar Number: 96224**

Robert Miles Berry, Jr.
Little Rock, AR

**Bar Number: 2004172**

Benjamin David Brenner
Little Rock, AR

**Bar Number: 80150**

Alinda L. Andrews
Little Rock, AR

**Bar Number: 98017**

Carl Ray Bishop
Clarendon, AR

**Bar Number: 98086**

Allison Brewer Thurman
Madison, MS

**Bar Number: 88017**

Robert D. Avery
Jefferson, TX

**Bar Number: 85012**

Mikel Robert Blocker
Jasper, AR

**Bar Number: 89018**

Robert H. Briley, Jr.
Maumelle, AR

**Bar Number: 78006**

George Latta Bachelor, III
Hot Springs, AR

**Bar Number: 91152**

Timothy Alan Boozer
Little Rock, AR

**Bar Number: 83030**

Marcia Mary Brinton
Rogers, AR

**Bar Number: 73005**

Ben Thomas Barry
Fayetteville, AR

**Bar Number: 90095**

Martin Wayne Bowen
North Little Rock, AR

**Bar Number: 2020246**

Courtney Alexa Brooks
Rogers, AR

# Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 2017075**

Shannon Bryant-Gamble
Jefferson City, MO

**Bar Number: 74018**

Kenneth E. Buckner
Little Rock, AR

**Bar Number: 2011033**

Kevin Byrd
Hot Springs, AR

**Bar Number: 79029**

Charles Robinson Camp
Fairfax, VA

**Bar Number: 2007069**

Brian Lee Campbell
Pea Ridge, AR

**Bar Number: 83034**

David Philip Cann
Royal, AR

**Bar Number: 89155**

Keith Carle
Maysville, NC

**Bar Number: 2003177**

Warren Hunter Carpenter
Dallas, TX

**Bar Number: 2009217**

Elizabeth Brummet Carr
Lafayette, LA

**Bar Number: 77025**

Michael Cleveland Carter
Fort Smith, AR

**Bar Number: 2010241**

Guillermo Jesus Chavez
Plano, TX

**Bar Number: 84023**

James H. Clark
Rogers, AR

**Bar Number: 2000061**

Damon Neil Cluck
Sherwood, AR

**Bar Number: 2003101**

John Kevin Coker
Spring, TX

**Bar Number: 87041**

Douglas W. Coy
Little Rock, AR

**Bar Number: 2012035**

Latosha A. Wilkes Crawford
Minneapolis, MN

**Bar Number: 93046**

Bart Charles Craytor
New Boston, TX

**Bar Number: 83045**

Dorothy Crookshank
Eureka Springs, AR

**Bar Number: 90070**

Joshua Joy Dara, Sr.
Pineville, LA

**Bar Number: 86047**

Mark Dominique D'Auteuil
Russellville, AR

**Bar Number: 2001244**

Lamar B. Davis
Little Rock, AR

**Bar Number: 87045**

Michael Ray Davis
Sherwood, AR

**Bar Number: 2006222**

Alison Applewhite Dennington
Melbourne Beach, FL

**Bar Number: 2017050**

Joshua Clayton Dickinson
Spokane Valley, WA

**Bar Number: 86008**

Candice Baker Dickson
Jonesboro, AR

**Bar Number: 77044**

James Edward Dickson
Jonesboro, AR

**Bar Number: 2001155**

Michael Jason Dodson
Bentonville, AR

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 77047**

Janet Beatrice Dyer
Fort Smith, AR

**Bar Number: 2007314**

Michael Thomas Flannery
Little Rock, AR

**Bar Number: 2016007**

Jason D. Goff
San Antonio, TX

**Bar Number: 94241**

Mark Doyle Easley
Saint Louis, MO

**Bar Number: 2013007**

Jamie L. Ford
Bettendorf, IA

**Bar Number: 2012226**

Blake Bryant Goodsell
Birmingham, AL

**Bar Number: 2006316**

Richard Dallas Elms, Jr.
Atlanta, GA

**Bar Number: 2013283**

April Freeman
Atlanta, GA

**Bar Number: 73042**

Patrick James Goss
Little Rock, AR

**Bar Number: 79164**

Jack Else
Cedar Rapids, IA

**Bar Number: 2017017**

Rachel Freyman
Roanoke, VA

**Bar Number: 2014010**

Jennifer Lynne Graf
Dallas, TX

**Bar Number: 2011119**

Carin Paris Evans
Fort Worth, TX

**Bar Number: 2010112**

Ann C. Fries
Broken Arrow, OK

**Bar Number: 75048**

James C. Graves
Fairfield, IO

**Bar Number: 79062**

Ernest B. Farquharson
Fort Smith, AR

**Bar Number: 2008009**

Gwendolyn Sue Frost
Houston, TX

**Bar Number: 2008212**

Travis Allen Gray
Des Peres, MO

**Bar Number: 2011089**

Jennifer Dianne Felts
Little Rock, AR

**Bar Number: 86144**

Gail Ponder Gaines
Little Rock, AR

**Bar Number: 2011007**

Jerry Elizabeth Erzsebet Griffith
Fayetteville, AR

**Bar Number: 2010001**

Whitney M. Ferguson
Austin, TX

**Bar Number: 2012300**

Peter Edward Giardino
Fayetteville, AR

**Bar Number: 90103**

Dawn Kelliher Guthrie
Little Rock, AR

**Bar Number: 74055**

Lawrence William Fitting
Fort Smith, AR

**Bar Number: 92258**

Jill Odell Gibson
Portland, OR

**Bar Number: 87072**

Mark S. Harbour
Fairfield Bay, AR

# Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 83207**

Mary L. Harmon
New York, NY

**Bar Number: 2008273**

Megan Jean Hudson
Van Buren, AR

**Bar Number: 2017047**

Brian Michael Jasper
Louisville, KY

**Bar Number: 2011121**

Ronald L. Harper
Memphis, TN

**Bar Number: 96084**

Erica M. Hughes
Arkadelphia, AR

**Bar Number: 92120**

Joseph Patrick Jaynes
Searcy, AR

**Bar Number: 2010209**

Jeremy Miller Hays
Sorrento, FL

**Bar Number: 2019016**

Victor D. Huhem
Fort Worth, TX

**Bar Number: 2021117**

Tiffany Gayle Johnson
Memphis, TN

**Bar Number: 88106**

David P. Heasley
Bryant, AR

**Bar Number: 84080**

Tim Humphries
Fayetteville, AR

**Bar Number: 72070**

Henry Louis Jones, Jr.
Upper Marlboro, MD

**Bar Number: 97002**

John E. Hennelly
Springdale, AR

**Bar Number: 2005142**

Maxine Isaacs
Greensboro, NC

**Bar Number: 72071**

Louis Buckner Jones, Jr.
Fayetteville, AR

**Bar Number: 2014251**

Grayson Hinojosa
North Little Rock, AR

**Bar Number: 2015018**

Thomas Knowlton Ishmael
Dallas, TX

**Bar Number: 2017072**

Ann C. Kapsimalis
Knoxville, TN

**Bar Number: 94114**

David Armstrong Hodges, Jr.
Dallas, TX

**Bar Number: 79099**

Blaine A. Jackson
Bentonville, AR

**Bar Number: 2012236**

Leon Kassab
Dallas, TX

**Bar Number: 73056**

Harlin Ray Hodnett
Van Buren, AR

**Bar Number: 2007166**

Bradley Keith Jackson
La Jolla, CA

**Bar Number: 2007298**

Sarah B. Kent
Columbia, MO

**Bar Number: 2014252**

Blake Parker Hoyt
Little Rock, AR

**Bar Number: 76054**

Stephen Eugene James
Bee Branch, AR

**Bar Number: 93133**

Tera Futrell Kesterson
Nashville, AR

# Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 89068**

Dennis Michael Kinney
Fayetteville, AR

**Bar Number: 2006262**

Fredrick Albert Lutz, Jr.
Nashville, TN

**Bar Number: 2005095**

Brian L. Mincher
Dallas, TX

**Bar Number: 99015**

Molly Anne Knutson
Los Angeles, CA

**Bar Number: 74101**

Michael H. Mashburn
Fayetteville, AR

**Bar Number: 79209**

Jay Carol Miner
Machias, ME

**Bar Number: 80086**

Jean Langford
Jonesboro, AR

**Bar Number: 2017245**

Sarah K. Mayes
Eureka Springs, AR

**Bar Number: 98095**

Elizabeth A. Morehead
Norman, OK

**Bar Number: 94010**

Michael Williams Langley
Little Rock, AR

**Bar Number: 84102**

Hiram McBeth, III
Pine Bluff, AR

**Bar Number: 2012021**

Austin Kyle Morgan
Austin, TX

**Bar Number: 2004107**

Janet Renee' Lawrence
Greenbrier, AR

**Bar Number: 2013009**

Brittney Angela McClinton
Flower Mound, TX

**Bar Number: 2013219**

Donald Ryan Mullenix
Jonesboro, AR

**Bar Number: 90183**

Celia S. Liner
Venice, FL

**Bar Number: 2015100**

John F. Medler, Jr.
Irvine, CA

**Bar Number: 87208**

Vincent A. Mulloy
Washington, DC

**Bar Number: 2008155**

Travis Bo Loftis
Benton, AR

**Bar Number: 2018012**

Nathan Landon Mendenhall
Fort Smith, AR

**Bar Number: 2013033**

William Parks Murray, III
Tampa, FL

**Bar Number: 2014147**

Jack Porter Lofton
Little Rock, AR

**Bar Number: 2007102**

Donald B. Miller, Jr.
Prescott, AZ

**Bar Number: 2020030**

Logan Matthew Mustain
Little Rock, AR

**Bar Number: 2008054**

Anderson Paul Lunsford
San Francisco, CA

**Bar Number: 2013039**

John Donald Miller, III
Little Rock, AR

**Bar Number: 90189**

John David Nichols
North Little Rock, AR

**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

| | | |
|---|---|---|
| **Bar Number: 2004220** | **Bar Number: 2010117** | **Bar Number: 2010208** |
| Douglas A. Nystrom, Sr. | James Thomas Perry, Jr. | Summer Michelle Rhoden |
| Rogers, AR | Houston, TX | Memphis, TN |
| **Bar Number: 2013120** | **Bar Number: 73163** | **Bar Number: 80070** |
| Teresa J. Olson | Robert Byran Perry | Janet James Robb |
| Hollister, MO | Waco, TX | Little Rock, AR |
| **Bar Number: 2010153** | **Bar Number: 96266** | **Bar Number: 2017027** |
| Ashley D. O'Neal | David Benjamin Platz | Nathan Parham Roberts |
| Little Rock, AR | Bentonville, AR | Camden, AR |
| **Bar Number: 2016118** | **Bar Number: 2015066** | **Bar Number: 2015206** |
| Daniel K. O'Toole | Tara Whitney Raddle | Spellman Patrick Robertson |
| St. Louis, MO | Walnut Ridge, AR | Joplin, MO |
| **Bar Number: 96205** | **Bar Number: 2013047** | **Bar Number: 90146** |
| Ellen M. Owens | Travis C. Ragland | Mike Robinson |
| Little Rock, AR | Conway, AR | Bryant, AR |
| **Bar Number: 90147** | **Bar Number: 2015065** | **Bar Number: 77114** |
| Steven James Paris | J. Matthew Reardon | James Maurice Rogers |
| West End, NC | Rogers, AR | Hot Springs National Park, AR |
| **Bar Number: 81127** | **Bar Number: 2001032** | **Bar Number: 88011** |
| Sandra Tucker Partridge | Jason Douglas Reed | Norton Rosenthal |
| Benton, AR | Little Rock, AR | Plano, TX |
| **Bar Number: 94167** | **Bar Number: 2008119** | **Bar Number: 91202** |
| Charles Raymond Peden | Lucas Tate Regnier | Kenneth E. Rudd |
| Atlanta, GA | Fayetteville, AR | Wildwood, MO |
| **Bar Number: 80197** | **Bar Number: 2012002** | **Bar Number: 2017062** |
| Michael D. Peek | Amy Michelle Reynolds | Beryl Jay Rushefsky |
| Texarkana, TX | Little Rock, AR | Little Rock, AR |

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 90124**

Robert A. Russell, Jr.
Little Rock, AR

**Bar Number: 81223**

Leymon L. Solomon
Fulshear, TX

**Bar Number: 2007237**

Jaclyn Nicole Thomas
The Woodlands, TX

**Bar Number: 2002177**

Katherine Sager
Fayetteville, AR

**Bar Number: 2006022**

Melissa Spohn
Centennial, CO

**Bar Number: 2010073**

Petrina L. Thompson
Aubrey, TX

**Bar Number: 2007119**

Barbara L. Samuels
Little Rock, AR

**Bar Number: 2008015**

Travis L. Starr
Ames, IA

**Bar Number: 2017052**

Audrey Kathleen Trevino
Johnstown, CO

**Bar Number: 2007163**

Rejena Saulsberry
Little Rock, AR

**Bar Number: 81151**

Mary Beth Sudduth
Fort Smith, AR

**Bar Number: 2015187**

Cara E. Turbyfill
Benton, AR

**Bar Number: 2009153**

William Clinton Saxton
New York, NY

**Bar Number: 2009266**

Robert C. Sullivan
Kansas City, MO

**Bar Number: 99089**

Heather Leigh Turnbull
Tallahassee, FL

**Bar Number: 2015063**

Scott J. Schrum
Ironton, MO

**Bar Number: 95028**

Patricia L. Summerville
Murry, KY

**Bar Number: 2012243**

Jonathan Silvanus Udoka
Stillwater, OK

**Bar Number: 83157**

Michael Gordon Scussel
Pine Bluff, AR

**Bar Number: 88171**

Karen J. Freeman Swogger
Eureka Springs, AR

**Bar Number: 2001087**

Bill M. Wade
Memphis, TN

**Bar Number: 92242**

Lloyd Howard Smith, Jr.
El Dorado, AR

**Bar Number: 96254**

Michael Douglas Tanner
Cary, NC

**Bar Number: 2001284**

Janae D. Walker
Woburn, MA

**Bar Number: 84138**

Vicki King Smith
Rogers, AR

**Bar Number: 2017272**

Dawn Rachelle Tezino
Houston, TX

**Bar Number: 2018016**

Whitney Alexander Wayne
Austin, TX

## Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 2014115**

Jeffry Dan Weems
Houston, TX

**Bar Number: 99099**

Linda Karen Woodworth
Flippin, AR

**Bar Number: 2010171**

Jennifer Ann Wells
Little Rock, AR

**Bar Number: 2015138**

Jing Zhao
Chicago, IL

**Bar Number: 87185**

Richard Ray West
Marion, AR

**Total Count: 200**

**Bar Number: 2005048**

Vallie J. Wilkerson
Vilonia, AR

**Bar Number: 2012177**

Jennifer Renae Williams
Poplar Bluff, MO

**Bar Number: 2005112**

Che' Dawn Williamson
Houston, TX

**Bar Number: 2011102**

Robert John Wittwer
Okeene, OK

**Bar Number: 84165**

Keith Newton Wood
Hope, AR

**Bar Number: 78174**

James William Woods
Irving, TX

**Bar Number: 2009158**

Diana Borgognoni Snyder

Little Rock, AR

**Bar Number: 2015014**

James T. Turnbow

Monette, AR

**Total Count: 2**

# Category 3

License Deemed Surrendered for Nonpayment of License Fee and Penalties
**For More than Three Consecutive Years**

**Bar Number: 94001**

Douglas S. Adams
Suffern, NY

**Bar Number: 2004017**

Kathryn Willis Goff
Saint Jo, TX

**Bar Number: 94043**

Beth Ann Long
Little Rock, AR

**Bar Number: 78179**

Rolf L. Anderson-Leirvik
Portland, OR

**Bar Number: 2014088**

Robert Eugene Goins
Broken Arrow, OK

**Bar Number: 75082**

J. Phillip Malcom
Little Rock, AR

**Bar Number: 98165**

John William Stokes Bateman
Starkville, MS

**Bar Number: 2006096**

Deidra Deanne Hall-Parish
Southlake, TX

**Bar Number: 2009208**

Francis J. Martin
Canoga Park, CA

**Bar Number: 2014082**

Anthoney Kristopher Lee Coon
Bentonville, AR

**Bar Number: 92147**

Leif Hamman
Jonesboro, AR

**Bar Number: 2009062**

Rhett Preston Martin
Washington DC

**Bar Number: 81045**

James M. Dendy
Conway, AR

**Bar Number: 96238**

Steve W. Haralson
Fairfield Bay, AR

**Bar Number: 2008264**

Reid Davis Miller
Little Rock, AR

**Bar Number: 96244**

Brian Douglas Dover
Jonesboro, AR

**Bar Number: 98034**

Tia Helberg
Hot Springs Village, AR

**Bar Number: 2010263**

Anne Michelle Milligan
Portland, OR

**Bar Number: 2007150**

Mark Brandon Duch
Texarkana, TX

**Bar Number: 2000165**

Scott L. Jones
Siloam Springs, AR

**Bar Number: 2013249**

Thomas M.W. Parker
Lowell, AR

**Bar Number: 2011008**

Carrie Nicole Felice
Springhill, FL

**Bar Number: 2017143**

Kelsey Leigh Kent
Fayetteville, AR

**Bar Number: 2014074**

Lauren Anne Peterson
Joplin, MO

**Bar Number: 87146**

Janet P. Gallman
Little Rock, AR

**Bar Number: 88124**

Michael J. King
Hot Springs, AR

**Bar Number: 95147**

Richard Patrick Quinn
Saint Louis, MO

License Deemed Surrendered for **Nonpayment of License Fee and Penalties**

**for** More than Three Consecutive Years

**Bar Number: 96083**

Douglas M. Rather
Santa Fe, NM

**Bar Number: 79247**

Jim Rose, III
Fayetteville, AR

**Bar Number: 2002172**

Kevin William Ryan
Conway, AR

**Bar Number: 91101**

Jennifer Mead Selin
Morgantown, WV

**Bar Number: 2008142**

Anna Rene Smith
Memphis, TN

**Bar Number: 92205**

John David Walt, Jr.
Franklin, TN

**Bar Number: 2011107**

Holly Sales Wilson
Rogers, AR

**Bar Number: 77145**

Robert Lawrence Wilson
Little Rock, AR

**Bar Number: 76149**

Robert E. Young
Delray Beach, FL

**Bar Number: 2013271**

Aliya Hussaini Yousufi
San Jose, CA

**Bar Number: 2014208**

Melissa Ann Zimmerman
San Diego, CA

**Total Count: 38**